MWH/KAH/WMC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MODERN BUILDERS CONTRACTORS, INC., and DEL DEVELOPMENT, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>GRIGGS MITCHELL & ALMA OF IL, LLC d/b/a GMA CONSTRUCTION GROUP,<br><br>Defendants.<br>THE UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF THE INTERIOR – NATIONAL PARK SERVICES for the use and benefit of MODERN BUILDERS CONTRACTORS, INC., and the UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF THE INTERIOR – NATIONAL PARK SERVICES for the use and benefit of DEL DEVELOPMENT, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>GMA CONSTRUCTION SERVICES, INC. and ARGONAUT INSURANCE COMPANY,<br><br>Defendants. | Case No.: 21 CV 5991 |

**UNOPPOSED MOTION FOR APPLICATION OF SET-OFF, SATISFACTION OF JUDGMENT AND THE RELEASE OF FROZEN FUNDS**

**NOW COMES** Defendant Griggs, Mitchell & Alma of Il, LLC. d/b/a GMA Construction Group ("GMA"), and for its Unopposed Motion seeking entry of an order to credit GMA $11,723.74 by allowing said amount to serve as a set-off against the judgment entered in GMA's

favor in the state-court METRA case, a satisfaction and release of judgment entered against GMA in this case, and to order the release of any and all frozen funds at JP Morgan Chase Bank previously allocated for satisfaction of judgment. In support of this Request, GMA states as follows:

1. On October 11, 2024, this Court confirmed an arbitration award of $52,746.57 and entered judgement in favor of Plaintiff Modern Builders and against GMA related to a dispute arising from a construction project commonly known as the Pullman Project. (Dkt #105 and #106).

2. On November 24, 2024, Plaintiff filed a citation to discover assets to JP Morgan Chase Bank N.A. (Dkt #114).

3. On December 3, 2024, JP Morgan Chase Bank, N.A. responded to the citation to discover assets by stating the following accounts controlled by GMA were placed on hold. The account numbers and hold amounts were identified as follows: Account Number 9622 - $105,493.14 held. Account Number 6529 - $9,827.25 held. (Dkt # 122).

4. On February 12, 2025, this Court entered an Order granting Plaintiff's motion to adopt Magistrate Judge McLaughlin's Order and for entry of judgment and turnover order against JP Morgan Chase Bank, N.A. to satisfy Plaintiff's Attorney's Lien. The Order further required JP Morgan Chase Bank, N.A. to turn over the sum of $45,905.68 in a check made payable to the "Law Offices of Joseph P. Berglund, P.C." (Dkt #143).

5. JP Morgan Chase Bank, N.A. complied with the court's turnover order and tendered a check in the amount of $45,905.68 to the Law Offices of Joseph P. Berglund, P.C.

6. Modern Builders has agreed that any remaining judgment amount in this matter surrounding the Pullman Project shall be used to set off the larger judgment amount due to GMA by Modern in the "Metra Case" (Cook County Circuit Court Case No. 2021 CH 05649). (Ex. A).

7. Plaintiff is entitled to a set-off against the larger judgment entered against it in the METRA case (said judgment being entered by the Circuit Court on March 5, 2025 in the amount of $173,858.20) in the amount of $11,723.74 that would thereby satisfy the judgment entered against GMA in this case. (Ex. A).

8. Accordingly, as no additional amounts are due and owing from GMA to Modern Builders in this case, the parties request that this Honorable Court enter an order to credit GMA $11,723.74 by allowing said amount to serve as a set-off against the judgment entered in GMA's favor in the METRA case, to enter a satisfaction and release of judgment entered against GMA in this case, and to order JP Morgan Chase N.A. to release the hold on the remaining funds contained in GMA accounts numbered 9622 and 6529.

9. Undersigned counsel has conferred with Plaintiff's counsel, Joseph P. Berglund, on whether Plaintiff opposes this Motion, and Plaintiff does not oppose it. (Ex. A).

**WHEREFORE,** Defendant Griggs, Mitchell & Alma of Il, LLC. d/b/a GMA Construction Group respectfully requests this Honorable Court credit Plaintiff in the amount of $11,723.74 from the Judgment obtained by GMA against Plaintiff in the METRA case toward the judgment entered against GMA in this case, enter a Satisfaction and Release of the Judgment entered against GMA in the amount of $52,746.57 on October 11, 2024 , and order JP Morgan Chase N.A. to release the hold on any remaining funds contained in Accounts 9622 and 6529 controlled by Defendant Griggs, Mitchell & Alma of Il, LLC. d/b/a GMA Construction Group.

Dated: August 22, 2025

                                            Respectfully submitted,

                                            **Griggs, Mitchell & Alma of Il, LLC.**
                                            **d/b/a GMA Construction Group**

        **By their Attorneys,**

        Amundsen Davis LLC

BY    /s/ Kimberly A. Herring
       One of their Attorneys

Matthew W. Horn (ARDC #6294719)
Kimberly Herring (ARDC #6329811)
William Clarke (ARDC# 6343272)
Amundsen Davis
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601-7524
(312) 455-3072
mhorn@amundsendavislaw.com
kherring@amundsendavislaw.com
wclarke@amundsendavislaw.com

## CERTIFICATE OF SERVICE

     I, a non-attorney, certify under penalties as provided by law, that a copy of this Unopposed Motion for Application of Set-Off, Satisfaction of Judgment and the Release of Frozen Funds was filed *via* Electronic Case Filing (ECF) on August 22, 2025, and that the below mentioned party is registered to use the ECF in the Northern District of Illinois and therefore service on them was accomplished by ECF on August 22, 2025.

*Attorneys for Plaintiffs*
Joseph P. Berglund
Law Offices of Joseph P. Berglund, P.C.
1010 Jorie Blvd., Suite 370
Oak Brook, IL 60523
(630) 990-0234
berglundmastny@aol.com

        /s/ Angenette Adams